### W. E. INGALLS v. NELS HOLMGREN.[1]

October 25, 1900.

Nos. 12,275—(177).

**Assignment of Error.**

Appeal by plaintiff from an order of the district court for Otter Tail county, Searle, J., denying a motion for a new trial. Affirmed.

*James T. McCulloch*, for appellant.

*Chas. C. Houpt*, for respondent.

PER CURIAM.

A verdict having been returned for defendant in the court below, plaintiff moved for a new trial on two grounds: First, that the verdict of the jury was not justified by the evidence and is contrary to law; second, for error in law occurring at the trial, and excepted to by the plaintiff. The motion for a new trial was denied, and plaintiff appealed.

[1] Reported in 83 N. W. 980.

The only assignment of error is as follows: "The court erred in refusing plaintiff a new trial." Under the authority of Stevens v. City of Minneapolis, 42 Minn. 136, 43 N. W. 842, the assignment is wholly insufficient.

Order affirmed.